

# THE ATTORNEY GENERAL
# OF TEXAS

**CRAWFORD C. MARTIN**
**ATTORNEY GENERAL**

AUSTIN, TEXAS 78711

July 11, 1972

Honorable Jack McLaughlin
Commissioner
Bureau of Labor Statistics
Performance Certification Board
  for Mobile Homes
Box 12157, Capitol Station
Austin, Texas 78711

Opinion No. M-1169

Re: Whether the provisions of
Section 6 of House Bill 956,
being Article 5221f, V. C. S.,
the Uniform Standards Code
for Mobile Homes, defer the
enforcement of Section 4,
subparagraph (A-2) of the
Act until more than twelve
months after the adoption of
the Code?

Dear Mr. McLaughlin:

You request our opinion concerning the current enforceability of
Section 4 (a) (2) of Article 5221f, V. C. S., in light of the requirements
of Section 6 thereof.

Section 4 (a) (2) reads as follows:

"(2) It is unlawful for any person to sell or offer for sale
within this State any mobile home manufactured after the
effective date of this Act unless such mobile home meets
the plumbing, heating and electrical installation require-
ments adopted by the board pursuant to this Act." [Empha-
sis added. ]

Section 6 reads as follows:

"Section 6. It is unlawful for any dealer within or
without this State to sell or offer for sale to dealers
or to the public of this State any mobile home manu-
factured more than twelve months after the adoption

-5706-

or promulgation of the Code unless said mobile home
complies with the Code, bears a seal of approval
issued by the department, and is the manufactured
product of a manufacturer possessing a current certi-
ficate of acceptability issued by the department."
[Emphasis added. ]

The "Code" referred to in Section 6 is defined by Section 4 (j) as:

"(j)  The standards and requirements adopted or pro-
mulgated by the board for the installation of plumbing,
heating and electrical systems in mobile homes and
for the body and frame design and construction of mobile
homes shall be known as the Uniform Standards Code
for Mobile Homes (hereinafter referred to as the 'Code')."

Section 4 (a) (1), (2) refers to requirements and standards for the
installation of plumbing, heating and electrical systems.  Section
4 (b) (1), (2) refers to requirements and standards for body and frame
design and construction.  The former are effective and enforceable
immediately upon adoption by the board as to all mobile homes man-
ufactured  after the effective date of the Act.  The latter are effective
twelve (12) months after adoption by the board as to all mobile homes
manufactured after that effective date.  Both categories are part of
the "Code."

Section 6 relates specifically to mobile homes manufactured more
than twelve months after the adoption or promulgation of the "Code."
Body and frame and construction standards, as part of the "Code," are
not enforceable against manufacturers until after twelve (12) months
from the date of adoption of standards and requirements therefor.
Section 4 (b) (2) and Section 5 (a).  Section 6 prohibits sales by dealers of
mobile homes made by a manufacturer who has not obtained a certi-
ficate of acceptability from the board.  The manufacturer cannot
be required to obtain a certificate of acceptability until twelve (12)
months after the board has adopted requirements and standards for
body and frame design and construction.  Section 5 (a).  To be consis-

tent with Sections 4 (b) (2) and 5 (a), Section 6 can be operative only after twelve (12) months from the date the board adopts the code body and frame and construction requirements and standards.

Therefore, to construe the Act so as to give effect to all provisions, we hold that the requirements of Section 4 (a) (1) and (2) are enforceable as of the date (December 15, 1971) the board adopted requirements and standards relating to the installation of heating, plumbing and electrical systems.

## SUMMARY

Section 4 (a) (2), Article 5221f, V. C. S., relating to requirements and standards for the installation of heating, plumbing and electrical systems in mobile homes, was enforceable immediately upon adoption by the Performance Certification Board of regulations pertaining thereto on December 15, 1971.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Rex H. White, Jr.
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Honorable Jack McLaughlin,  page 4 ( M-1169)


Roger Tyler
Harriet Burke
Austin Bray
Ben Harrison

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant